UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. L BR 9004-1(b)**

Sadek Law Offices
701 East Gate Drive, Ste 129
Mt. Laurel, NJ 08054
(856) 890-9003; Fax (215) 545-0611
jeanie@sadeklaw.com

Attorney for Debtor

In Re:

Mary N. Sistrunk-Lewis

**Case No.:   26-14324 (EJO)**

**Chapter:   13**

**Judge:  Eamonn J. O'Hagan**

## ORDER CONCERNING APPLICATION TO
## EXTEND TIME TO FILE MISSING DOCUMENTS

The relief set forth on the following page is **ORDERED.**

In re: Mary N. Sistrunk-Lewis
Case No.: 26-14324 (EJO)
Application to Extend Time to File Missing Documents

The Court having reviewed the debtor's Application to Extend Time to File Missing Documents,

any related responses or objections it is hereby

ORDERED that the debtor's request to extend time within which the missing documents must be

filed is granted. The balance of the debtor's schedules as set forth the Court's *Notice of Missing*

*Documents and Notice of Dismissal if Documents are Not Timely Filed* must be received by

Court no later than June 4, 2026. If all missing documents are not filed by this date, the case will

be dismissed without further notice.